*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
FULTON, HITESMAN, and RUSSELL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Tammy SAECHAO**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201900006**

Decided: 29 May 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Major John Ferriter, USMC (arraignment); Colonel Matt Kent, USMC (trial). Sentence adjudged 25 September 2018 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 13 months, and a bad-conduct discharge.

For Appellant: Major Matthew A. Blackwood, USMCR.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are cor-

rect in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court